UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ALBERT G. BRIEN, and H.S. REALTY
CORPORATION

v.                                                       CA No. 06-229-T

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: May 23, 2006