UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ALBERT G. BRIEN, and H.S. REALTY CORPORATION

v.

CA No. 06-229-T

RAYMOND L. BOURQUE and SRW REALTY CORPORATION

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 23, 2006