RECEIVED
JUN 02 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT G. BRIEN and
SURA REALTY CORP.

v. C.A. No.: 06-228 ML

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

**STIPULATION**

The undersigned stipulate as follows:

(1) Plaintiffs hereby withdraw their Motion for Issuance of Temporary Restraining Order Forbidding the Transfer of Assets dated May 17, 2006, filed in the above captioned matter, such withdrawal to be without prejudice.

(2) Defendant Raymond L. Bourque, individually and on behalf of SuRa Realty Corp., shall not, acting alone or in concert with any other person, transfer, alienate, encumber or mortgage the following properties owned by SuRa Realty Corp.:

Lots 226, 326, 277, 158, 258, 337,394,400, 108,130, and 226 on Assessor's Plat #18 located in the City of Woonsocket, Rhode Island,

Lots 33, 25, 17, 16, 26, 14, 23, 21, 19, 31, 29, 13, 1, 32, 22, 28, 34, 24, 18, 27, 30, 15, and 20 on Assessor's Plat #25, located in the City of Woonsocket, Rhode Island and Lot 1 on Assessors' Plat #26.

unless said Raymond L. Bourque shall have given notice in writing by his attorneys of his intention to do so to Plaintiffs' attorneys at least ten (10) business days prior to the date on which he intends to so do, in which event the Plaintiffs shall be entitled to renew or refile their Motion for Issuance of Temporary Restraining Order Forbidding the Transfer of Assets.

Enter: Mary M. Lisi USDJ 6/5/06

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

By Their Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: June 2, 2006

ALBERT G. BRIEN and
SURA REALTY CORP.

By Their Attorneys,

Lori Caron Silveira, Esq. #
Paul J. Moretti, Sr., Esq. #
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1232
(401) 452-1200
Dated: June 2, 2006