UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT G. BRIEN and
H.S. REALTY CORPORATION

v. C.A. No.: 06-229 ML

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

**STIPULATION**

The time within which Defendants shall plead or otherwise respond to the Complaint is enlarged to and including August 21, 2006.

/S/ Dennis R. Gannon /
Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: August 3, 2006

/S/ Paul J. Moretti, Sr. /
Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (Fax)

Dated: August 3, 2006

Enter: Mary M. Lisi USDJ 8/7/06