**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ALBERT G. BRIEN and**
**H.S. REALTY CORPORATION**

**v.** **C.A. No.: 06-229 ML**

**RAYMOND L. BOURQUE and**
**SRW REALTY CORPORATION**

# STIPULATION

The undersigned stipulate as follows:

(1) Defendants shall have until October 31, 2006 in which to respond to Plaintiffs' First Set of Interrogatories and Plaintiffs' First Request for Production.

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

By Their Attorneys,

/S/ Dennis R. Gannon /

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacAdams, Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: September 25, 2006

ALBERT G. BRIEN and
H.S. REALTY CORP.

By Their Attorneys,

/S/ Paul J. Moretti, Sr. /

Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (Fax)

Dated: September 25, 2006