**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ALBERT G. BRIEN and**
**H.S. REALTY CORPORATION**

**v.** **C.A. No.: 06-229 ML**

**RAYMOND L. BOURQUE and**
**SRW REALTY CORPORATION**

**STIPULATION**

The undersigned stipulate as follows:

(1) Defendants shall have until November 30, 2006 in which to respond to Plaintiffs' First Set of Interrogatories.

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

By Their Attorneys,

/S/ Dennis R. Gannon /
Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacAdams, Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: October 26, 2006

ALBERT G. BRIEN and
H.S. REALTY CORP.

By Their Attorneys,

/S/ Paul J. Moretti, Sr. /
Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (Fax)

Dated: October 26, 2006