**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ALBERT G. BRIEN and**
**H.S. REALTY CORPORATION**

**v.** **C.A. No.: 06-229 ML**

**RAYMOND L. BOURQUE and**
**SRW REALTY CORPORATION**

**STIPULATION**

(1) The Stipulation of the parties dated June 2, 2006 heretofore filed in the above captioned action (the "Action"), whereby Raymond L. Bourque agreed, on behalf of himself and H.S. Realty Corp. ("HS"), not to transfer, alienate, encumber or mortgage properties owned by HS located in the City of Woonsocket, Rhode Island is hereby dissolved and shall be of no further force or effect.

(2) Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby agree to the voluntary dismissal of the Complaint with prejudice with each party to bear his or its own attorneys' fees and costs.

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

By Their Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacAdams, Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: December 18, 2006

ALBERT G. BRIEN and
H.S. REALTY CORP.

By Their Attorneys,

Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (Fax)

Dated: December 18, 2006